UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PINTCHIK ASSOCIATES LTD.,

        Plaintiff,

    -against-

FOREVER YOGURT BROOKLYN, LLC and
FOREVER YOGURT HOLDINGS, LLC
236 Flatbush Avenue
Store and Partial Basement
Brooklyn, New York 11217,

        Defendants.
----------------------------------------X

Case No. 14-3068 Civ.

**CONSENT TO ALLOW DEVERNA LAW TO WITHDRAW AS ATTORNEY**

IT IS HEREBY CONSENTED THAT, DeVerna Law, attorneys of record for Defendants, with an office located at 305 Broadway, 14th Floor, New York, NY 10007, be permitted to withdraw as attorneys of record for the undersigned in the above entitled action, as of the date hereof.

Dated: March 25, 2016
       New York, NY

FOREVER YOGURT BROOKLYN, LLC and
FOREVER YOGURT HOLDINGS, LLC

By: _____
Vedat Dardovski
Authorized Representative

DEVERNA LAW

By: _____
John Paul DeVerna, Esq.

STATE OF ILLINOIS )
                 :ss:
COUNTY OF Cook )

On the 25 day of March, 2016, before personally appeared Vedat Dardovski known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same

Official Seal
Andrew Glogowski
Notary Public State of Illinois
My Commission Expires 10/01/2018

_____
NOTARY PUBLIC