# ITKOWITZ PLLC

26 BROADWAY
21ST FLOOR
NEW YORK, NEW YORK 10004
www.itkowitz.com

Jay B. Itkowitz
Partner
jitkowitz@itkowitz.com

Main: (212) 822-1400
Direct: (646) 822-1801
Fax: (212) 822-1402

June 2, 2016

**BY FIRST CLASS MAIL**
**BY FACSIMILE**
**FACSIMILE NUMBER**: (718) 613-2365

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
Chambers Room 1230
225 Cadman Plaza E
Brooklyn, NY 11201

        Re:    Pintchik Associates Ltd. v. Forever Yogurt Brooklyn, LLC et. al.
               Case No.: 14-CV-03068 (CLP)
               Our Case No.: 60980

Dear Judge Pollak:

      Pursuant to my conversation with Chambers today, plaintiff waives pre-judgment interest and agrees to judgment in the amount of **$128,818.66** in favor of Pintchik Associates Ltd.

      Please advise if you have any further questions or concerns.

                                          Very truly yours,

                                          Jay B. Itkowitz