UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
PINTCHIK ASSOCIATES LTD.,

       Plaintiff,

    -against-

FOREVER YOGURT BROOKLYN, LLC and
FOREVER YOGURT HOLDINGS, LLC,

       Defendants.
--------------------------------------------------------------------X

**ORDER**

14 CV 3068 (RJD) (CLP)

DEARIE, District Judge:

 By Amended Report and Recommendation dated June 6, 2016, Magistrate Judge Pollak

recommends that judgment be entered in plaintiff's favor in the amount of $128,818.66.

ECF No. 22. Magistrate Judge Pollak further recommends that defendants' counsel's motion to

withdraw be granted. Id.

 The deadline for filing objections to the Amended Report and Recommendation has

passed, and no objections have been filed. The Court has reviewed Magistrate Judge Pollak's

Amended Report and Recommendation and, having found no clear error, adopts it in its entirety.

Accordingly, judgment is to be entered in plaintiff's favor in the amount of $128,818.66, and

defendants' counsel's motion to withdraw is hereby granted.


SO ORDERED.


Dated: Brooklyn, New York
   August 25, 2016

           s/ RJD

          RAYMOND J. DEARIE
          United States District Judge